ORIGINAL

FILED
DEC 6 2007
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WYOMING SAWMILLS, INC., a Wyoming corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | Case No.<br><br>07-861 C |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, plaintiff Wyoming Sawmills, Inc. states that it has a parent corporation, Allied Forest Products, Inc., an Oregon corporation. Wyoming Sawmills and Allied Forest Products are private corporations and no publicly held corporation holds 10% or more of either company's stock.

DATED this 5th day of December, 2007.

Haglund Kelley Horngren Jones & Wilder LLP

By: ______________________

Scott W. Horngren, OSB 88060
Haglund Kelley Horngren Jones & Wilder LLP
101 SW Main, Suite 1800
Portland, OR 97204
Phone: (503) 225-0777
Facsimile: (503) 225-1257
e-mail: horngren@hk-law.com