IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WYOMING SAWMILLS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-861C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including April 4, 2008, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on February 4, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted counsel for plaintiff, who has indicated that plaintiff does not oppose this request.

Defendant has sent to the Department of Agriculture ("DOA") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. On January 29, 2008, defendant's counsel received the litigation report and suggested response to the complaint from DOA. However, because of defendant's counsel's workload, defendant's counsel will need additional time to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from the DOA, and prepare and file the Government's response to the complaint, following mandatory supervisory review. Counsel of record's workload includes discovery in the case of Edge Construction Co. v. United States, No. 06-635C, a motion to dismiss in the case of Hines v. United States, No. 07-623C, which is due on February 4, 2008, and settlement negotiations in the

cases of Kelly v. United States, No. 07-369C, State Automobile Mutual Insurance Company, Inc. v. United States, No. 07-516C, and Hoh River Timber Co. v. United States, No. 06-418C.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 60-day enlargement of time, to and including April 4, 2008, within which to file its response to plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

February 1, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 1st day of February, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR ENLARGEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim