IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WYOMING SAWMILLS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-861C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including June 26, 2008, within which to file the joint preliminary status report. The joint preliminary status report is now due to be filed on May 27, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted counsel for plaintiff, who has indicated that plaintiff consents to this request.

The enlargement is requested because of Government's counsel's workload. Government counsel is assigned to several matters that have required considerable attention over the last several weeks, including briefing to the Federal Circuit this past week in Yantai Timken Co., Ltd. v. United States, No. 2008-1142, and Mittal Steel Point Lisas Limited v. United States, No. 2008-1040, 1054, as well as several cases in this Court, such as Hines v. United States, No. 07-623, and GASA, Inc. v. United States, No. 01-642. These matters have made it difficult for Government counsel to devote significant time to this case.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 30-day enlargement of time, to and including June 26, 2008, within which to file the joint preliminary status report.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

May 23, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 23rd day of May, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR ENLARGEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim