# In the United States Court of Federal Claims

No. 07-861C
Filed: May 28, 2008

| | |
|---|---|
| *********************************** | |
| | * |
| WYOMING SAWMILLS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Defendant's May 23, 2008 Unopposed Motion for Enlargement of Time is, hereby, GRANTED. Plaintiff and Defendant will file the Joint Preliminary Status Report on or before June 26, 2008.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**