IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WYOMING SAWMILLS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-861C<br>(Judge Braden) |

DEFENDANT'S UNOPPOSED MOTION TO STAY

Defendant respectfully requests that the Court stay this case for 45 days. Defendant has contacted counsel for plaintiff, who has indicated that plaintiff consents to this request. The stay is requested in light of recent developments that may affect this litigation.

The plaintiff's complaint asserts that the Forest Service has breached the Wabash Timber Sale contract by not granting plaintiff's request for additional time under a market related contract term addition. Under section 472a(c) of the National Forest Management Act, the Forest Service may agree to extend certain contracts when there is a finding that the "substantial overriding public interest" ("SOPI") justifies the extension.

On June 19, 2008, the Forest Service issued a SOPI finding that could potentially implicate the contract at issue in this matter. In addition, the Forest Service is considering the possibility of issuing an additional SOPI, which could also potentially impact this litigation. While we have not yet made a determination as to whether these developments will impact the contract at issue, the Forest Service needs the additional time to consider the case and the possibility of resolving this matter without further litigation.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

June 25, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of June, 2008, a copy of the foregoing "UNOPPOSED MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim