# In the United States Court of Federal Claims

No. 07-861C
Filed: June 26, 2008

***********************************
*
WYOMING SAWMILLS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**STAY ORDER**

For good cause shown, Defendant's June 25, 2008 Unopposed Motion To Stay is hereby granted.

This case is stayed for 45 days, until August 11, 2008. The parties will file a Status Report with the court on or before August 18, 2008.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**