IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WYOMING SAWMILLS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-861C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION TO STAY

Defendant respectfully requests that the Court stay this case until September 5, 2008. Defendant has contacted counsel for plaintiff, who has indicated that plaintiff consents to this request. The Court previously stayed this case for 45 days, to and including August 11, 2008, and ordered that the parties submit a status report on or before August 18, 2008.

The stay is requested because the Forest Service is continuing to review the case in an effort to determine whether it may be possible to resolve this matter without further litigation. As we explained in our initial motion to stay, the issues involved are complex, including considering other contracts entered into by the Forest Service that are similar to the contract at issue here. Accordingly, the Forest Service needs additional time to consider the case and the possibility of resolution without further litigation.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion to stay this case until September 5, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

August 11, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 11th day of August, 2008, a copy of the foregoing "SECOND UNOPPOSED MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim